AUG-24-2011 11:29 USMS 559 487 5644 P.002




AUG 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

1:11-mj-169 DLB

United States of America
v.
Amauri Molina-Martinez
Defendant

SEALED BY ORDER OF THE COURT

Case No. CR-07-00616-SBA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* AMAURI MOLINA-MARTINEZ, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition X Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:3583 Violation of conditions of supervised release

Date: Sep 8, 2010

*Issuing officer's signature*

City and state: Oakland, CA

Kelly Collins, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

SEALED BY ORDER OF THE COURT

**Petition for Arrest Warrant for Offender Under Supervision**

Name of Offender: Amauri Molina-Martinez Docket No.: CR 07-00616-01 MJJ SBA

Name of Sentencing Judge: The Honorable Martin J. Jenkins United States District Judge

FILED
SEP 0 8 2010

Date of Original Sentence: February 29, 2008

Original Offense:
Count One: Illegal Re-Entry Following Deportation, 8 U.S.C. § 1326, a Class C Felony

Original Sentence: Eighteen (18) months custody and three (3) years supervised release.
Special Conditions: special assessment $25.00; comply and cooperate with United States Immigration and Customs Enforcement; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; not illegally re-enter the United States.

Type of Supervision: Supervised Release
Date Supervision Commenced: January 5, 2009
Assistant U.S. Attorney: Bryan R. Whittaker
Defense Counsel: Joyce Leavitt (AFPD)

**Petitioning the Court**

The issuance of a no bail warrant for the offender's arrest.

I, Barry Fisher, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).


16 P

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition to not commit another federal, state, or local crime. |

On August 25, 2010, San Pablo Police Officers contacted Amauri Molina-Martinez at 23rd Street near Emeric Avenue in San Pablo, California and detained him after he was found to be driving a stolen vehicle and in possession of methamphetamine. Molina-Martinez was taken into custody and transported to the Contra Costa County Detention Center where he remains.

The above incident is evidenced by San Pablo Police Department report number 10-21458.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the offender violated the general condition to not commit another federal, state, or local crime. |

On or about August 25, 2010, the offender reentered the United States after being deported, in violation of 8 U.S.C. § 1326(a)(1) and (2); and 8 U.S.C. § 1326(b)(1) - Reentry of Deported Alien Previously Convicted of a Felony. According to the United States Immigration and Customs Enforcement, the offender was deported to Mexico on or about January 5, 2009.

On August 25, 2010, Amauri Molina-Martinez was arrested in San Pablo, California, for Vehicle Theft, Possession of Stolen Property and Possession of Methamphetamine.

Given the events of August 25, 2010, and the offender's arrest in San Pablo, California, it is clear that the offender reentered the United States. The offender failed to obtain permission from the Secretary of Homeland Security to reenter the United States.

Evidence in support of the above violation is contained in the chronological records of the U.S. Probation Office and San Pablo Police Department report number 10-21458.

Three

There is probable cause to believe that the offender violated special condition number one, which states the defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

According to the United States Bureau of Immigration and Customs Enforcement (BICE), the offender was deported to Mexico on or about January 5, 2009.

On or about August 25, 2010, the offender reentered the United States as evidenced by his arrest in San Pablo, California. The offender failed to obtain permission from the Secretary of the Department of Homeland Security to reenter the United States, and did not report to the nearest U.S. Probation Office within 72 hours.

Evidence in support of the above violation is contained in the chronological records of the U.S. Probation Office and San Pablo Police Department report number 10-21458.

Based on the foregoing, there is probable cause to believe that Amauri Molina-Martinez violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Barry Fisher
U.S. Probation Officer
Date Signed: September 2, 2010

Approved as to form:

Amy Rizor
Supervisory U.S. Probation Officer



Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:

SEP 0 8 2010

Date

Claudia Wilken
United States District Judge